# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1511
_____

United States of America

*Plaintiff - Appellee*

v.

Vincent Gepson

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Joplin
_____

Submitted: July 15, 2024
Filed: July 18, 2024
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Vincent Gepson appeals after he pled guilty to bank robbery and the district court[1] imposed a within-Guidelines-range sentence. His counsel has moved to

_____

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.

withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude the district court did not impose a substantively unreasonable sentence. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing substantive reasonableness under deferential abuse-of-discretion standard; district court abuses its discretion when it fails to consider a relevant factor, gives significant weight to an improper or irrelevant factor, or commits a clear error of judgment in weighing appropriate factors). Further, the court imposed a sentence within the Guidelines range. <u>See</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (noting a within-Guidelines-range sentence is presumed reasonable).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and affirm.

_____